**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


**UNITED STATES OF AMERICA** )
 )
**v.** ) **CASE NO. 3:14-00161**
 ) **JUDGE SHARP**
**ZACHARY SCOTT HENDRIX** )


**O R D E R**

    Due to congestion of the Court's calendar, the suppression hearing scheduled for

February 25, 2015, is hereby continued to Thursday, March 5, 2015, at 10:30 a.m.

    It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE