UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00161 |
| | ) | **Judge Sharp** |
| ZACHARY HENDRIX | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Zachary Scott Hendrix's "Motion to Reconsider the Suppression of Evidence" (Docket No. 43) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE