# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:14 CR 00161 |
| | ) | Judge Marvin E. Aspen |
| ZACHARY SCOTT HENDRIX, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

In advance of the sentencing hearing set for January 10, 2017, the parties shall submit, if they wish, respective sentencing memoranda on or before January 3, 2017. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: November 22, 2016
       Chicago, Illinois